Entered: April 8, 2013
Signed:  April 8, 2013

**SO ORDERED**



_____
**PAUL MANNES**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   12–30195 – PM      Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael T Naylor
*debtor has no known aliases*
10069 Campus Way South
Upper Marlboro, MD 20774

Social Security No.:   xxx–xx–7403

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 11/8/12.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Roger Schlossberg is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec – *jescobar***

**End of Order**